AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1150
E-mail: drands@ag.nv.gov

*Attorneys for Defendant*
*Harold Wickham*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| ZACHARY FOORE,<br><br>              Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, ex rel. NEVADA DEPARTMENT OF CORRECTIONS, and DOES I-XX,<br><br>              Defendants. | Case No. 3:19-cv-00611-MMD-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

      IT IS HEREBY STIPULATED by and between Zachary Foore, by and through counsel, Mark Mausert, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate and agree, based upon the Settlement Agreement between the parties, that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between parties. Each party will bear its own attorney's fees and costs.

DATED this 6th day of March, 2020.          DATED this 9th day of _____, 2020

                                            AARON D. FORD
                                            Attorney General

_____            By: _____
MARK MAUSERT
Law Office of Mark Mausert                  DOUGLAS R. RANDS, Bar No. 3572
*Attorneys for Plaintiff*                   Senior Deputy Attorney General
                                            *Attorneys for Defendants*


                                            **IT IS SO ORDERED.**


                                            _____
                                            **U.S. DISTRICT JUDGE**


                                            **DATED:**  March 17, 2020

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 17th day of March, 2020, I caused to be served a copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, by U.S. District Court CM/ECF Electronic Filing to:

Mark Mausert
729 Evans Avenue
Reno, NV 89512
mark@markmausertlaw.com

　　　　　　　　　　　　　　　　　　　　　 /s/ Laure Penny
　　　　　　　　　　　　　　　　　　　　 An employee of the
　　　　　　　　　　　　　　　　　　　　 Office of the Attorney General